Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−12265−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert Conquest
aka Robert S Conquest, aka Robert Sam Conquest
4 Warner Drive
Hillsborough, NJ 08844

Virginia Conquest
aka Virginia L Conquest
4 Warner Drive
Hillsborough, NJ 08844

Social Security No.:
xxx−xx−0497    xxx−xx−1801

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on June 26, 2019.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 27, 2019
JAN: wir

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                              Case No. 17-12265-MBK
Robert Conquest                                                     Chapter 13
Virginia Conquest
       Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Jun 27, 2019
                              Form ID: 148             Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2019.
db/jdb         +Robert Conquest,    Virginia Conquest,    4 Warner Drive,    Hillsborough, NJ 08844-4111
cr             +BankUnited, N.A.,    7815 N.W. 148 Street,    Miami Lakes, FL 33016-1554
516651922      +ACAR Leasing LTD d/b/a GM Financial Leasing,     PO Box 183853,    Arlington, TX 76096-3853
516727760      +BankUnited, N.A.,    7815 N.W. 148th Street,    Miami Lakes, FL 33016-1554
516630752      +Bby/cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
516630753      +Bnkunted Fsb,    7815 Nw 148th St,    Miami Lakes, FL 33016-1554
516630758     ++ICON EQUITIES,    23332 MILL CREEK DRIVE,    SUITE 125,    LAGUNA HILLS CA 92653-7911
                (address filed with court:  Icon Equities, LLC,     9891 Irvine Center Drive,    Suite 180,
                  Irvine, CA 92618)
516700618      +M&T BANK,    PO BOX 1508,   Buffalo, NY 14240-1508
516825814      +PNC BANK N.A.,    PO BOX 94982,   CLEVELAND, OHIO 44101-4982
516630762      +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
516630763      +Pnc Bank, N.a.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
516630764       Portfolio Asset Group,    c/o Phillips & Cohen Associates, Ltd.,     P.O. box 5790,
                 Hauppauge, NY 11788-0164
516630766      +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
516630768      +TD Bank USA NA,    c/o Lyons Doughty & Veldhuis, PC,    136 Gaither Drive,    Suite 100,
                 Mount Laurel, NJ 08054-1725
516630771      +Trac/cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
516653209      +U.S. Bank National Association,Trustee(See 410),     c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 28 2019 00:44:22      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,     Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 28 2019 00:44:19      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516679792       EDI: GMACFS.COM Jun 28 2019 04:08:00     Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
516630751      +EDI: GMACFS.COM Jun 28 2019 04:08:00     Ally Financial,    200 Renaissance Ctr,
                 Detroit, MI 48243-1300
516630754      +EDI: CAPITALONE.COM Jun 28 2019 04:13:00      Capital One Bank Usa N,    Po Box 30281,
                 Salt Lake City, UT 84130-0281
516820132       EDI: BL-BECKET.COM Jun 28 2019 04:13:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
516638966       EDI: DISCOVER.COM Jun 28 2019 04:13:00      Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH 43054-3025
516630755      +EDI: DISCOVER.COM Jun 28 2019 04:13:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
516630756      +EDI: PHINAMERI.COM Jun 28 2019 04:08:00      Gm Financial,   Po Box 181145,
                 Arlington, TX 76096-1145
516630759      +E-mail/Text: bncnotices@becket-lee.com Jun 28 2019 00:43:29      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516630761       E-mail/Text: camanagement@mtb.com Jun 28 2019 00:43:56      M&t Bank,    1 Fountain Plz Fl 4,
                 Buffalo, NY 14203
516881846       EDI: PRA.COM Jun 28 2019 04:08:00     Portfolio Recovery Associates, LLC,
                 c/o Best Buy Credit Card,    POB 41067,   Norfolk VA 23541
516881459       EDI: PRA.COM Jun 28 2019 04:08:00     Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.A.,    POB 41067,   Norfolk VA 23541
516881829       EDI: PRA.COM Jun 28 2019 04:08:00     Portfolio Recovery Associates, LLC,
                 c/o The Home Depot Consumer,    POB 41067,   Norfolk VA 23541
516881764       EDI: PRA.COM Jun 28 2019 04:08:00     Portfolio Recovery Associates, LLC,
                 c/o Tractor Supply Consumer,    POB 41067,   Norfolk VA 23541
516763783       EDI: Q3G.COM Jun 28 2019 04:08:00     Quantum3 Group LLC as agent for,    Icon Equities LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
517828735      +E-mail/Text: jennifer.chacon@spservicing.com Jun 28 2019 00:45:13
                 Select Portfolio Servicing, Inc.,    Bankruptcy Department,     P.O. Box 65250,
                 Salt Lake City, UT 84165-0250,    Select Portfolio Servicing, Inc.,
                 Bankruptcy Department 84165-0250
517828734       E-mail/Text: jennifer.chacon@spservicing.com Jun 28 2019 00:45:13
                 Select Portfolio Servicing, Inc.,    Bankruptcy Department,     P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
516636851       E-mail/Text: bankruptcy@bbandt.com Jun 28 2019 00:44:16      Sheffield Financial,    PO Box 1847,
                 Wilson, NC 27894-1847
516630765      +E-mail/Text: bankruptcy@bbandt.com Jun 28 2019 00:44:16      Sheffield Financial Co,
                 2554 Lewisville Clemmons,    Clemmons, NC 27012-8110
516630767      +EDI: RMSC.COM Jun 28 2019 04:13:00     Syncb/amazon,   Po Box 965015,    Orlando, FL 32896-5015
516852705      +EDI: RMSC.COM Jun 28 2019 04:13:00     Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk VA 23541-1021
516809604      +E-mail/Text: bncmail@w-legal.com Jun 28 2019 00:44:30      TD Bank USA, N.A.,
                 C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
```

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Jun 27, 2019
                               Form ID: 148             Total Noticed: 41

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516630769         +EDI: WTRRNBANK.COM Jun 28 2019 04:13:00      Td Bank Usa/targetcred,    Po Box 673,
                   Minneapolis, MN 55440-0673
516630770         +EDI: CITICORP.COM Jun 28 2019 04:13:00      Thd/cbna,    Po Box 6497,
                   Sioux Falls, SD 57117-6497
                                                                                               TOTAL: 25

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516630757*        +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
516630760*        +Kohls/capone,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                       TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2019 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Lehman XS Trust Mortgage Pass-Through Certificates,
               Series 2005-7N, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              James Michael Almasy    on behalf of Debtor Robert   Conquest james@almasylaw.com,
               james@almasylaw.com
              James Michael Almasy    on behalf of Joint Debtor Virginia   Conquest james@almasylaw.com,
               james@almasylaw.com
              Melissa N. Licker    on behalf of Creditor    DLJ Mortgage Capital, Inc. NJ_ECF_Notices@mccalla.com
              Phillip Andrew Raymond    on behalf of Creditor    Select Portfolio Servicing, Inc.
               phillip.raymond@mccalla.com
              Phillip Andrew Raymond    on behalf of Creditor    DLJ Mortgage Capital, Inc.
               phillip.raymond@mccalla.com
              Robert P. Saltzman    on behalf of Creditor    BankUnited, N.A. dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 10
```