Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−12265−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert Conquest
aka Robert S Conquest, aka Robert Sam Conquest
4 Warner Drive
Hillsborough, NJ 08844

Virginia Conquest
aka Virginia L Conquest
4 Warner Drive
Hillsborough, NJ 08844

Social Security No.:
xxx−xx−0497                                          xxx−xx−1801

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 14, 2017.

On 11/7/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:           December 17, 2019
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: November 8, 2019
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-12265-MBK
Robert Conquest                                                 Chapter 13
Virginia Conquest
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2            Date Rcvd: Nov 08, 2019
                              Form ID: 185         Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2019.
```
db/jdb        +Robert Conquest,    Virginia Conquest,    4 Warner Drive,    Hillsborough, NJ 08844-4111
cr            +BankUnited, N.A.,    7815 N.W. 148 Street,    Miami Lakes, FL 33016-1554
516651922     +ACAR Leasing LTD d/b/a GM Financial Leasing,    PO Box 183853,    Arlington, TX 76096-3853
516727760     +BankUnited, N.A.,    7815 N.W. 148th Street,    Miami Lakes, FL 33016-1554
516630752     +Bby/cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
516630753     +Bnkunted Fsb,    7815 Nw 148th St,    Miami Lakes, FL 33016-1554
516820132      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516630758    ++ICON EQUITIES,    23332 MILL CREEK DRIVE,    SUITE 125,    LAGUNA HILLS CA 92653-7911
              (address filed with court:  Icon Equities, LLC,    9891 Irvine Center Drive,   Suite 180,
                Irvine, CA 92618)
516700618     +M&T BANK,    PO BOX 1508,    Buffalo, NY 14240-1508
516825814     +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
516630762     +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
516630763     +Pnc Bank, N.a.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
516630764      Portfolio Asset Group,    c/o Phillips & Cohen Associates, Ltd.,    P.O. box 5790,
                Hauppauge, NY 11788-0164
516630766     +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
516630768     +TD Bank USA NA,    c/o Lyons Doughty & Veldhuis, PC,    136 Gaither Drive,    Suite 100,
                Mount Laurel, NJ 08054-1725
516630769     +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
516630770     +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
516630771     +Trac/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
516653209     +U.S. Bank National Association,Trustee(See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 09 2019 00:05:08     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 09 2019 00:05:05     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516679792      E-mail/Text: ally@ebn.phinsolutions.com Nov 09 2019 00:02:54     Ally Capital,   PO Box 130424,
                Roseville MN 55113-0004
516630751     +E-mail/Text: ally@ebn.phinsolutions.com Nov 09 2019 00:02:54     Ally Financial,
                200 Renaissance Ctr,    Detroit, MI 48243-1300
516630754     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 09 2019 00:14:43
                Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
516638966      E-mail/Text: mrdiscen@discover.com Nov 09 2019 00:04:16     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
516630755     +E-mail/Text: mrdiscen@discover.com Nov 09 2019 00:04:16     Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
516630756     +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 09 2019 00:04:43     Gm Financial,
                Po Box 181145,    Arlington, TX 76096-1145
516630759     +E-mail/Text: bncnotices@becket-lee.com Nov 09 2019 00:04:26     Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516630761      E-mail/Text: camanagement@mtb.com Nov 09 2019 00:04:47     M&t Bank,    1 Fountain Plz Fl 4,
                Buffalo, NY 14203
516881846      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2019 00:26:27
                Portfolio Recovery Associates, LLC,    c/o Best Buy Credit Card,    POB 41067,
                Norfolk VA 23541
516881459      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2019 00:14:46
                Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                Norfolk VA 23541
516881829      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2019 00:26:46
                Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                Norfolk VA 23541
516881764      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2019 00:26:46
                Portfolio Recovery Associates, LLC,    c/o Tractor Supply Consumer,    POB 41067,
                Norfolk VA 23541
516763783      E-mail/Text: bnc-quantum@quantum3group.com Nov 09 2019 00:05:00
                Quantum3 Group LLC as agent for,    Icon Equities LLC,    PO Box 788,    Kirkland, WA  98083-0788
517828735     +E-mail/Text: jennifer.chacon@spservicing.com Nov 09 2019 00:06:02
                Select Portfolio Servicing, Inc.,    Bankruptcy Department,    P.O. Box 65250,
                Salt Lake City, UT 84165-0250,    Select Portfolio Servicing, Inc.,
                Bankruptcy Department 84165-0250
517828734      E-mail/Text: jennifer.chacon@spservicing.com Nov 09 2019 00:06:02
                Select Portfolio Servicing, Inc.,    Bankruptcy Department,    P.O. Box 65250,
                Salt Lake City, UT 84165-0250
516636851      E-mail/Text: bankruptcy@bbandt.com Nov 09 2019 00:05:02     Sheffield Financial,    PO Box 1847,
                Wilson, NC 27894-1847
516630765     +E-mail/Text: bankruptcy@bbandt.com Nov 09 2019 00:05:02     Sheffield Financial Co,
                2554 Lewisville Clemmons,    Clemmons, NC 27012-8110
```

```
District/off: 0312-3          User: admin                Page 2 of 2            Date Rcvd: Nov 08, 2019
                              Form ID: 185               Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516630767       +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2019 00:14:34      Syncb/amazon,   Po Box 965015,
                 Orlando, FL 32896-5015
516852705       +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2019 00:12:13      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk VA 23541-1021
516809604       +E-mail/Text: bncmail@w-legal.com Nov 09 2019 00:05:19      TD Bank USA, N.A.,
                 C/O Weinstein & Riley P.S.,   2001 Western Ave Ste. 400,   Seattle, WA 98121-3132
                                                                                             TOTAL: 22

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516630757*      +Gm Financial,   Po Box 181145,   Arlington, TX 76096-1145
516630760*      +Kohls/capone,   N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
                                                                                           TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2019 at the address(es) listed below:
```
              Albert Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert Russo    docs@russotrustee.com
              Bruce C. Truesdale    on behalf of Joint Debtor Virginia  Conquest brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Bruce C. Truesdale    on behalf of Debtor Robert  Conquest brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   Lehman XS Trust Mortgage Pass-Through Certificates,
                Series 2005-7N, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com,
                bkgroup@kmllawgroup.com
              Melissa N. Licker    on behalf of Creditor   DLJ Mortgage Capital, Inc. NJ_ECF_Notices@mccalla.com
              Michael M Khalil    on behalf of Debtor Robert  Conquest mkhalil@atrbklaw.com
              Michael M Khalil    on behalf of Joint Debtor Virginia  Conquest mkhalil@atrbklaw.com
              Phillip Andrew Raymond    on behalf of Creditor   Select Portfolio Servicing, Inc.
               phillip.raymond@mccalla.com
              Phillip Andrew Raymond    on behalf of Creditor   DLJ Mortgage Capital, Inc.
               phillip.raymond@mccalla.com
              Robert P. Saltzman    on behalf of Creditor   BankUnited, N.A. dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12
```