| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Robert Conquest | Social Security number or ITIN  xxx–xx–0497 |
|  | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Virginia Conquest | Social Security number or ITIN  xxx–xx–1801 |
|  | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–12265–MBK | | |

# Order of Discharge                                                                                                           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert Conquest
aka Robert S Conquest, aka Robert Sam Conquest

Virginia Conquest
aka Virginia L Conquest

1/22/20

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-12265-MBK
Robert Conquest                                                           Chapter 13
Virginia Conquest
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2            Date Rcvd: Jan 22, 2020
                               Form ID: 3180W           Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2020.
db/jdb         +Robert Conquest,    Virginia Conquest,    4 Warner Drive,    Hillsborough, NJ 08844-4111
cr             +BankUnited, N.A.,    7815 N.W. 148 Street,    Miami Lakes, FL 33016-1554
516651922      +ACAR Leasing LTD d/b/a GM Financial Leasing,    PO Box 183853,    Arlington, TX 76096-3853
516727760      +BankUnited, N.A.,    7815 N.W. 148th Street,    Miami Lakes, FL 33016-1554
516630752      +Bby/cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
516630753      +Bnkunted Fsb,    7815 Nw 148th St,    Miami Lakes, FL 33016-1554
516630758     ++ICON EQUITIES,    23332 MILL CREEK DRIVE,    SUITE 125,    LAGUNA HILLS CA 92653-7911
               (address filed with court:   Icon Equities, LLC,    9891 Irvine Center Drive,    Suite 180,
                 Irvine, CA 92618)
516700618      +M&T BANK,    PO BOX 1508,   Buffalo, NY 14240-1508
516825814      +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
516630762      +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
516630763      +Pnc Bank, N.a.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
516630764       Portfolio Asset Group,    c/o Phillips & Cohen Associates, Ltd.,    P.O. box 5790,
                 Hauppauge, NY 11788-0164
516630766      +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
516630768      +TD Bank USA NA,    c/o Lyons Doughty & Veldhuis, PC,    136 Gaither Drive,    Suite 100,
                 Mount Laurel, NJ 08054-1725
516630771      +Trac/cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
516653209      +U.S. Bank National Association,Trustee(See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2020 01:04:05     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2020 01:04:03     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516679792       EDI: GMACFS.COM Jan 23 2020 05:18:00      Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
516630751      +EDI: GMACFS.COM Jan 23 2020 05:18:00      Ally Financial,    200 Renaissance Ctr,
                 Detroit, MI 48243-1300
516630754      +EDI: CAPITALONE.COM Jan 23 2020 05:18:00      Capital One Bank Usa N,    Po Box 30281,
                 Salt Lake City, UT 84130-0281
516820132       EDI: BL-BECKET.COM Jan 23 2020 05:18:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
516638966       EDI: DISCOVER.COM Jan 23 2020 05:18:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
516630755      +EDI: DISCOVER.COM Jan 23 2020 05:18:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
516630756      +EDI: PHINAMERI.COM Jan 23 2020 05:18:00      Gm Financial,    Po Box 181145,
                 Arlington, TX 76096-1145
516763783      +E-mail/Text: Bankruptcy@absoluteresolutions.com Jan 23 2020 01:02:48     Icon Equities LLC,
                 c/o Absolute Resolutions Corp.,    8000 Norman Center Drive,,    Suite 350,
                 Bloomington, MN 55437-1118
516630759      +E-mail/Text: bncnotices@becket-lee.com Jan 23 2020 01:03:02     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516630761       E-mail/Text: camanagement@mtb.com Jan 23 2020 01:03:31     M&t Bank,    1 Fountain Plz Fl 4,
                 Buffalo, NY 14203
516881846       EDI: PRA.COM Jan 23 2020 05:18:00      Portfolio Recovery Associates, LLC,
                 c/o Best Buy Credit Card,    POB 41067,    Norfolk VA 23541
516881459       EDI: PRA.COM Jan 23 2020 05:18:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.A.,    POB 41067,    Norfolk VA 23541
516881829       EDI: PRA.COM Jan 23 2020 05:18:00      Portfolio Recovery Associates, LLC,
                 c/o The Home Depot Consumer,    POB 41067,    Norfolk VA 23541
516881764       EDI: PRA.COM Jan 23 2020 05:18:00      Portfolio Recovery Associates, LLC,
                 c/o Tractor Supply Consumer,    POB 41067,    Norfolk VA 23541
517828735      +E-mail/Text: jennifer.chacon@spservicing.com Jan 23 2020 01:04:57
                 Select Portfolio Servicing, Inc.,    Bankruptcy Department,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250,    Select Portfolio Servicing, Inc.,
                 Bankruptcy Department 84165-0250
517828734       E-mail/Text: jennifer.chacon@spservicing.com Jan 23 2020 01:04:57
                 Select Portfolio Servicing, Inc.,    Bankruptcy Department,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
516636851       E-mail/Text: bankruptcy@bbandt.com Jan 23 2020 01:03:59     Sheffield Financial,    PO Box 1847,
                 Wilson, NC 27894-1847
516630765      +E-mail/Text: bankruptcy@bbandt.com Jan 23 2020 01:03:59     Sheffield Financial Co,
                 2554 Lewisville Clemmons,    Clemmons, NC 27012-8110
516630767      +EDI: RMSC.COM Jan 23 2020 05:18:00      Syncb/amazon,    Po Box 965015,    Orlando, FL 32896-5015
516852705      +EDI: RMSC.COM Jan 23 2020 05:18:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
516809604      +E-mail/Text: bncmail@w-legal.com Jan 23 2020 01:04:18     TD Bank USA, N.A.,
                 C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Jan 22, 2020
                               Form ID: 3180W           Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
516630769         +EDI: WTRRNBANK.COM Jan 23 2020 05:18:00      Td Bank Usa/targetcred,    Po Box 673,
                   Minneapolis, MN 55440-0673
516630770         +EDI: CITICORP.COM Jan 23 2020 05:18:00       Thd/cbna,    Po Box 6497,
                   Sioux Falls, SD 57117-6497
                                                                                              TOTAL: 25

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516630757*        +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
516630760*        +Kohls/capone,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                  TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2020 at the address(es) listed below:
```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Bruce C. Truesdale    on behalf of Joint Debtor Virginia   Conquest brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Bruce C. Truesdale    on behalf of Debtor Robert   Conquest brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Lehman XS Trust Mortgage Pass-Through Certificates,
               Series 2005-7N, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Melissa N. Licker    on behalf of Creditor    DLJ Mortgage Capital, Inc. NJ_ECF_Notices@mccalla.com
              Michael M Khalil    on behalf of Debtor Robert   Conquest mkhalil@atrbklaw.com
              Michael M Khalil    on behalf of Joint Debtor Virginia   Conquest mkhalil@atrbklaw.com
              Phillip Andrew Raymond    on behalf of Creditor    Select Portfolio Servicing, Inc.
               phillip.raymond@mccalla.com
              Phillip Andrew Raymond    on behalf of Creditor    DLJ Mortgage Capital, Inc.
               phillip.raymond@mccalla.com
              Robert P. Saltzman    on behalf of Creditor    BankUnited, N.A. dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 12
```